RECEIVED
JUL 11 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANK BOATSWAIN | CIVIL ACTION NO. 1:12-CV-388 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| RICARDO MARTINEZ | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be **DENIED** and **DISMISSED** with prejudice for failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 11th day of July, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE